UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v<br><br>CLIFFORD JAMES SCHUETT,<br><br>Defendant. | 2:10-CR-00118-RLH-RJJ<br><br>**ORDER**<br><br>(Motion for Possible Resentencing–#37) |

Before the Court is Defendant's **Petition and Motion for a Possible Resentencing, Do[sic] to a Tainted Presentence Report** (#37, filed February 15, 2012).

After losing his appeal in the Ninth Circuit Court of Appeals, and having been denied his petition to the Supreme Court, Defendant now seeks a re-sentencing because his Presentence Report purportedly incorrectly referred to three outstanding warrants in different locations.

Setting aside the fact that his representations of conversations about the prosecuting agencies are unverified or documented, the motion is without merit because the report of three outstanding warrants had no effect on, and were not considered in, his sentencing. Furthermore, the sentencing was affirmed by the Court of Appeals.

IT IS THEREFORE ORDERED that Defendant's **Petition and Motion for a Possible Resentencing, Do[sic] to a Tainted Presentence Report** (#37) is DENIED.

Dated: February 17, 2012.

_____
**Roger L. Hunt**
**United States District Judge**