# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:10-CR-118-RLH-RJJ |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | (Motion for Placement) |
| ) | |
| CLIFFORD JAMES SHUETT, ) | |
| ) | |
| Defendant. ) | |

Before the Court is Defendant's Petition and Motion for a Court Ordered Public Law Placement at the RRC Center Las Vegas, Nevada. (Received August 16, 2012).

First, the Court directs that the Petition/Motion be filed with the Clerk of Court.

Second, the Motion must be denied. The Court has no authority to direct the Bureau of Prisons to place an inmate in a certain location or facility. The concerns expressed by Defendant Shuett, about having no place to go upon his release, can and must be addressed by the Probation Office to which he must report within 72 hours of his release, to begin his Supervised Release as ordered at the time of sentencing. He is not to be released until April 26, 2013. This request is premature.

For the foregoing reasons, IT IS HEREBY ORDERED that Defendant's Petition and Motion for a Court Ordered Public Law Placement at the RRC Center Las Vegas, Nevada. (Received August 16, 2012) is DENIED.

Dated: August 24, 2012.

Roger L. Hunt
United States District Judge