# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-CR-00118-RLH-RJJ |
| vs. | **O R D E R** |
| CLIFFORD JAMES SCHUETT, | (Motion for the Dismissal of Court Ordered Restitution, Undo Hardship –#43) |
| Defendant. | |

Before the Court is Defendant's **Motion for the Dismissal of Court Ordered Restitution, Undo Harshi**p (#43, filed October 24, 2012) and the Court will exercise its authority to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion for the Dismissal of Court Ordered Restitution, Undo Harshi**p (#43) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: November 16, 2012.

_____
Roger L. Hunt
United States District Judge