# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-CR-00118-RLH-RJJ |
| vs. | ) | **O R D E R** |
| CLIFFORD JAMES SCHUETT, | ) | (Petition and Motion For Writ of Habeas Corpus To (Modify The Respondents Sentence and Supervised Release) Under 28 U.S.C. § 2255–#45) |
| Defendant. | ) | |

Before the Court is Defendant's **Petition and Motion For Writ of Habeas Corpus To (Modify The Respondents Sentence and Supervised Release) Under 28 U.S.C. §2255** (#45, filed December 13, 2012) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Writ of Habeas Corpus and Motion for Relief Under 28 U.S.C. § 2255** (#45) is hereby **REFERRED to the UNITED STATES ATTORNEY** for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: December 14, 2012.

_____
**Roger L. Hunt
United States District Judge**