# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLIFFORD JAMES SCHUETT, ) <br> ) <br> Defendant. ) <br> ) | 2:10-cr-118-RLH-RJJ <br><br> **O R D E R** <br> (Motion to Dismiss Motion–#56) |

Before the Court is Defendant's **Motion for Dismissal of the (Motion to Have Petitioner Moved Back into the Court's Jurisdiction for Appearance on Petitioner's Writ of Habeas Corpus [#47])** (#56, filed January 14, 2013).  The Court referred this motion to the U.S. Attorney (#52) on January 4, 2013.  Defendant Schuett filed the present motion, together with a letter to the Court (#55) on January 14, 2013.

Both the letter and this motion explain that Schuett will be released before this and other motions the Court has received can be briefed and decided and, accordingly asks the Court to "dismiss" the motion to have him moved back to this Court's jurisdiction.  However, the proper action regarding a motion is to grant it, deny it, or strike it.

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that Defendant's **Motion for Dismissal of the (Motion to Have Petitioner Moved Back into the Court's Jurisdiction for Appearance on Petitioner's Writ of Habeas Corpus [#47])** (#56) is granted.

/ / /

1

IT IS FURTHER ORDERED that Defendant's **Motion to Have Petitioner Moved Back into the Court's Jurisdiction for Appearance on Petitioner's Writ of Habeas Corpus** (#47) is denied as moot.

Dated: January 17, 2013.

_____
Roger L. Hunt
United States District Judge