# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 2:10-cr-118-RLH-RJJ |
| ) | |
| vs. ) | **O R D E R** |
| ) | (Letter of 14 June 2013) |
| CLIFFORD SCHUETT, ) | (Letter of 18 Jun3 2013) |
| ) | (Motion for Detention Hearing |
| Defendant. ) |  And Release from Custody–#90) |
| ) | (Motion for Release to Medical |
| | Institution–#90) |
| | (Letter of 16 June 2013–#93) |

       Before the Court are numerous letters and two motions filed just days after Defendant Schuett was sentenced to a year and a day for violating his terms of supervised release by failing to report following release, and for threatening to blow up the federal courthouse (he was only sentenced for the first violation).

       Mr. Shuett is under the mistaken impression that the Court is his personal complaint department and in a position to address his complaints about his treatment–or lack thereof–at the detention facility in Pahrump, Nevada, where he is presently being held.  His motions and his letters also attempt to reargue the arguments he made in previous letters and at his hearing for violations of supervised release.  At that hearing, he admitted to the violation and agreed with the recommended sentence proposed by his attorney and the attorney of the United States.

       He now claims that he did not do the things for which he was charged and that he is not being given adequate medical care or the proper bed to sleep in.  He has filed grievances with the

Pahrump facility, but those are still pending. The proper, and necessary, procedure is to follow those administrative procedures. This Court is not in a position, nor does it have the authority to address his grievances with the facility.

Furthermore, he has already filed an appeal of his sentence, which must take its proper course. Nothing has been presented to this Court to alter the sentence he agreed to at the beginning of this month.

Lastly, his continuing practice of bombarding the undersigned with letters complaining of his treatment and promising to leave the country if he is released, and his claims that he is able and willing to care for himself if released belies the representations he made at sentencing. At that time he complained that he was unable to take care of himself without the assistance of friends in California. Unfortunately, those "friends" have ties to organized gangs, with whom he cannot associate while on supervised release. Accordingly, the agreement at sentencing was that he would serve a term with the Bureau of Prisons and then be released without supervision so he could appeal to his friends for care.

IT IS THEREFORE ORDERED that his letters of June 14 and 18, 2013, be filed with the Court.

IT IS FURTHER ORDERED that he cease and desist from writing letters to the Court and that any communication be done in the appropriate form, with copies to the United States Attorney's office.

IT IS FURTHER ORDERED that his Petition and Motion for a Detention Hearing and Possible Release from Custody and Petition and Motion for a Court Order to Move or Release the Petitioner to a Medical Institution or that the Petitioner be Released to Seek his own Medical Care (#90, filed June 19, 2013) are DENIED.

Dated: June 24, 2013.

_____
Roger L. Hunt
United States District Judge