UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLIFFORD JAMES SHUETT, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:10-CR-118-RLH-RJJ <br><br> **O R D E R** <br> (Motion to be Kept in Jurisdiction–#94) |

Before the Court is Defendant's Petition and Motion that the Petitioner be Kept in the Court's Jurisdiction for the Duration of Petitioner's Appeal of Sentence and Guilty Plea (94, filed June 21, 2013). This most recent motion comes on the heels of Defendant's pleas to be removed from this Court's jurisdiction, which was denied.

The Defendant is now in the custody of the Bureau of Prisons and beyond the jurisdiction of the Court to determine where he will serve his sentence. Moreover, he complains about the only facility within the southern part of the District of Nevada where the Court sits.

IT IS THEREFORE ORDERED that Defendant's Petition and Motion that the Petitioner be Kept in the Court's Jurisdiction for the Duration of Petitioner's Appeal of Sentence and Guilty Plea (94) is DENIED.

Dated: June 25, 2013.

_____
Roger L. Hunt
**United States District Judge**