# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CLIFFORD JAMES SCHUETT,<br><br>　　　　　　Defendant. | No. 2:10-cr-118-RLH-RJJ<br><br>**O R D E R**<br>(Motion for Dismissal or Waiver–#86) |

Before the Court is Defendant's **Motion for Dismissal or Waiver of Restitution** (#86, filed June 11, 2013).  The United States filed its Response (#101) on June 28, 2013.  The Motion will be denied for two reasons.

First, Defendant still had counsel until June 20, 2013, and the Local Rules preclude a party to file a pro se document when represented by counsel.

Moreover, the motion raises an issue that has previously been adjudicated.  Schuett filed essentially the same motion on October 24, 2012 (#43), the Government filed its response on January 3, 2013, (#50) objecting with appropriate legal arguments.  That motion was denied by the Court on January 17, 2013 (#59).

FOR GOOD CAUSE SHOWN, the present **Motion for Dismissal or Waiver of Restitution** (#86) is DENIED.

Dated: July 8, 2013.

_____
Roger L. Hunt
**United States District Judge**