# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-00118-RLH-RJJ |
| vs. | ) | **O R D E R** |
| CLIFFORD JAMES SCHUETT, | ) | (Petition For A Writ of Habeas Corpus –#113) |
| Defendant. | ) | |

Before the Court is Defendant's **Petition For A Writ of Habeas Corpus** (#113, filed January 13, 2014) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Petition For A Writ of Habeas Corpus** (#113) is hereby **REFERRED to the UNITED STATES ATTORNEY** for a response <u>within forty-five (45) days of the entry</u> this Order. Defendant <u>will then have fifteen (15) days thereafter</u> to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: January 15, 2014.

_____
Roger L. Hunt
**United States District Judge**